**SO ORDERED.**
**SIGNED this 9th day of September, 2021**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

/s/ Shelley D. Rucker
Shelley D. Rucker
**CHIEF UNITED STATES BANKRUPTCY JUDGE**



_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| In re: | ) | |
|---|---|---|
| | ) | |
| MICHAEL ALLEN MIXSON, | ) | Case No. 1:20-bk-12728-SDR |
|     Debtor. | ) | Chapter 11 |

**AGREED ORDER AMENDING**
**THE ORDER ENTERED AUGUST 13, 2021**

_____

By agreement of the parties and with the approval of the court, the court amends and supplements its order entered August 13, 2021 (ECF No. 100), as follows. All other terms of the August 13th order shall remain in effect:

1.  Debtor shall have 21 days from the date on which the court enters its opinion on the motions for summary judgment in the adversary proceeding *First Volunteer Bank v. FMM Bushnell, LLC*, 1:20-ap-10151-SDR, in which to amend his plan based on the court's decision in the adversary proceeding or otherwise. If debtor files an amended plan, the court

will enter a new scheduling order setting deadlines for confirmation of the amended plan and final approval of the disclosure statement.

2.  If debtor does not amend the plan, the last day to file and serve written acceptances/rejections of the plan as originally filed (ECF No. 98) and objections to final approval of the original disclosure statement (ECF No. 99) is continued from September 17, 2021, to October 22, 2021.

3.  The deadline for counsel for the debtor to file a summary of the timely received ballots on the plan filed at ECF No. 98 is extended to October 29, 2021.

4.  The hearing to consider final approval of the disclosure statement (if a written objection has been timely filed) and for hearing on confirmation of the plan (ECF No. 98) is continued from September 23, 2021, to November 4, 2021 at 11:00 a.m. in courtroom 3-B.

5.  Additionally, the court, pursuant to 11 U.S.C. §§ 1121(e)(3) and 1129(e), hereby extends the time period for the debtor to obtain confirmation of the original plan until November 12, 2021.

# # #

APPROVED FOR ENTRY BY:

JOHNSON & MULROONY, P.C.

By: *s/ Elisabeth B. Donnovin*
　　Elisabeth B. Donnovin, BPR # 018365
　　428 McCallie Avenue
　　Chattanooga, TN 37402
　　423-266-2300
　　423-266-6906 (fax)
　　edonnovin@johnsonmulroony.com
　　　Counsel for First Volunteer Bank

and

EVANS HARRISON HACKETT PLLC

By: *s/ Everett L. Hixson, Jr.*          (By EBD with permission)
    Everett L. Hixson, Jr., BPR # 12116
    Everett L. Hixson III, BPR # 03345
    835 Georgia Avenue, Suite 800
    Chattanooga, TN 37402
    423-693-2207
    423-648-7897 (fax)
    bhixson@ehhlaw.com
    rhixson@ehhlaw.com
        Counsel for FMM Bushnell, LLC

and

PAUL A. RANDOLPH
Acting United States Trustee, Region 8

By: *s/ David Holesinger*          (By EBD with permission)
    David Holesinger, BRP # 030189
    31 E. 11th Street, 4th Floor
    Chattanooga, TN 37402
    (423) 752-5153
    david.holesinger@usdoj.gov
        Counsel for the United States Trustee

and

SCARBOROUGH & FULTON

By: *s/ David J. Fulton*          (By EBD with permission)
    David J. Fulton, BPR # 6102
    701 Market Street, Suite 1000
    Chattanooga, TN 37402
    (423) 648-1880
    (423) 648-1881 (fax)
    djf@sfglegal.com
        Counsel for Debtor