United States Bankruptcy Court

Eastern District of Tennessee

In re:  Case No. 20-12728-SDR

Michael Allen Mixson  Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0649-1 User: johnsonmn Page 1 of 3
Date Rcvd: Sep 09, 2021 Form ID: pdfAgrdO Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol  Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 12981438 | + | Chattanooga Swim Spa, 6228 Airpark Dr., Chattanooga, TN 37421-4898 |
| 12970289 | | City of Chattanooga, Treasurer's Office, P.O. Box 191, Chattanooga, TN 37401-0191 |
| 13092252 | + | City of Chattanooga, Office of the City Attorney, 100 East 11th Street, Suite 200, Chattanooga, TN 37402-4288 |
| 12970290 | + | Elisabeth Donnovin, Esq., 428 McCallie Ave, Chattanooga, TN 37402-2009 |
| 13019417 | + | FMM Bushnell, LLC, C/O Everett L. Hixson, Jr., Esq., Evans Harrison Hackett PLLC, 835 Georgia Ave., Suite 800, Chattanooga, TN 37402-2225 |
| 12970292 | + | FMM Bushnell, LLC, c/o Everett L. Hixson III, 835 Georgia Ave, Suite 800, Chattanooga, TN 37402-2225 |
| 12970291 | + | First Volunteer Bank, c/o Doug Johnson, 428 McCallie Ave, Chattanooga, TN 37402-2009 |
| 12970293 | + | Hamilton County Trustee, Attn: Bankruptcy Dept, 625 Georgia Ave, Room 210, Chattanooga, TN 37402-1494 |
| 12970294 | + | Harold Dingmen, 6228 Airpark Drive, Chattanooga, TN 37421-2905 |
| 12970296 | + | Jacob Mixson, 6903 Jesse Conner Rd, Chattanooga, TN 37421-2537 |
| 12981439 | + | Loan Builder, c/o Swift Finanical, LLC, 3505 Silverside Rd., Wilmington, DE 19810-4905 |
| 12970297 | + | Quicken Loans, 40600 Ann Arbor Rd. East, Suite 201, Plymouth, MI 48170-4675 |
| 12992759 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 12979930 | + | SunTrust Bank now Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 12970298 | + | Suntrust, Bankruptcy, 1001 Semmes Ave, Richmond, VA 23224-2245 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: mamixson@gmail.com | Sep 09 2021 19:50:00 | Michael Allen Mixson, 6903 Jesse Conner Road, Chattanooga, TN 37421-2537 |
| cr | + | Email/Text: bankruptcy@firstvolunteer.com | Sep 09 2021 19:51:00 | First Volunteer Bank, P.O Box 11167, Chattanooga, TN 37401-2167 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Sep 09 2021 19:53:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 12970287 | + | Email/Text: bk@avant.com | Sep 09 2021 19:51:00 | Avant, 222 N. LaSalle Street, Suite 1700, Chicago, IL 60601-1101 |
| 12970288 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 09 2021 19:53:28 | Capital One, PO Box 30285, Bankruptcy Notices, Salt Lake City, UT 84130-0285 |
| 13003211 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 09 2021 20:08:46 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 12970295 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 09 2021 19:51:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 12981440 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 09 2021 19:53:28 | Paypal, c/o Synchrony, Po Box 965004, Orlando, FL 32896-5004 |
| 12970299 | | Email/PDF: gecsedi@recoverycorp.com | Sep 09 2021 19:53:28 | Syncb/Swtr, PO Box 965036, Orlando, FL 32896-5036 |
| 13030860 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 09 2021 19:53:28 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |

| 12970300 | + Email/Text: bankruptcies@TVFCU.COM | Sep 09 2021 19:51:00 | Tennessee Valley FCU, P.O. Box 23967, Chattanooga, TN 37422-3967 |
| 12984346 | + Email/Text: bankruptcies@TVFCU.COM | Sep 09 2021 19:51:00 | Tennessee Valley Federal Credit Union, P.O. Box 23967, Chattanooga, TN 37422-3967 |
| 12981441 | + Email/Text: bankruptcynotices@sba.gov | Sep 09 2021 19:51:00 | US Small Business Administration, 409 3rd St. SW, Washington, DC 20416-0005 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans, LLC |
| cr | *+ | FMM Bushnell, LLC, C/O Everett L. Hixson, Jr., Esq, Evans Harrison Hackett PLLC, 835 Georgia Ave., Suite 800, Chattanooga, Tn 37402-2225 |
| cr | *+ | Tennessee Valley Federal Credit Union, P.O. Box 23967, Chattanooga, TN 37422-3967 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 11, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bret Jacob Chaness | on behalf of Creditor Quicken Loans LLC bchaness@rubinlublin.com |
| David Holesinger | on behalf of U.S. Trustee United States Trustee david.holesinger@usdoj.gov |
| David J. Fulton | on behalf of Debtor Michael Allen Mixson djf@sfglegal.com sfglegalecf@gmail.com;angie@sfglegal.com;stephanie@sfglegal.com;r40461@notify.bestcase.com |
| Douglas R. Johnson | on behalf of Creditor First Volunteer Bank djohnson@johnsonmulroony.com djohnson@ecf.courtdrive.com |
| Elisabeth B. Donnovin | on behalf of Plaintiff First Volunteer Bank edonnovin@johnsonmulroony.com |
| Elisabeth B. Donnovin | on behalf of Creditor First Volunteer Bank edonnovin@johnsonmulroony.com |
| Elisabeth B. Donnovin | on behalf of Counter-Defendant First Volunteer Bank edonnovin@johnsonmulroony.com |
| Everett L. Hixson, III | on behalf of Defendant FMM Bushnell LLC rhixson@ehhlaw.com, dbellamy@ehhlaw.com;lmartin@ehhlaw.com;kshelton@ehhlaw.com |

| | | |
|---|---|---|
| District/off: 0649-1 | User: johnsonmn | Page 3 of 3 |
| Date Rcvd: Sep 09, 2021 | Form ID: pdfAgrdO | Total Noticed: 28 |

Everett L. Hixson, III
    on behalf of Counter-Claimant FMM Bushnell LLC rhixson@ehhlaw.com, dbellamy@ehhlaw.com;lmartin@ehhlaw.com;kshelton@ehhlaw.com

Everett L. Hixson, III
    on behalf of Creditor FMM Bushnell LLC rhixson@ehhlaw.com, dbellamy@ehhlaw.com;lmartin@ehhlaw.com;kshelton@ehhlaw.com

Everett L. Hixson, Jr.
    on behalf of Counter-Claimant FMM Bushnell LLC bhixson@ehhlaw.com, slynn@ehhlaw.com;kshelton@ehhlaw.com

Everett L. Hixson, Jr.
    on behalf of Creditor FMM Bushnell LLC bhixson@ehhlaw.com, slynn@ehhlaw.com;kshelton@ehhlaw.com

Everett L. Hixson, Jr.
    on behalf of Defendant FMM Bushnell LLC bhixson@ehhlaw.com, slynn@ehhlaw.com;kshelton@ehhlaw.com

Logan C. Threadgill
    on behalf of Creditor Tennessee Valley Federal Credit Union lthreadgill@chamblisslaw.com jmaddux@chamblisslaw.com;GChambers@chamblisslaw.com;cgarrett@chamblisslaw.com;gfairbanks@chamblisslaw.com;ttucker@chamblisslaw.com

Natalie Brown
    on behalf of Creditor Quicken Loans LLC nbrown@rubinlublin.com, lcaplan@rubinlublin.com;akhosla@rubinlublin.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com

United States Trustee
    Ustpregion08.cn.ecf@usdoj.gov

TOTAL: 16

Case 1:20-bk-12728-SDR   Doc 132   Filed 09/11/21   Entered 09/12/21 00:40:41   Desc
Imaged Certificate of Notice   Page 3 of 6



**SO ORDERED.**
**SIGNED this 9th day of September, 2021**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

/s/ Shelley D. Rucker
Shelley D. Rucker
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MICHAEL ALLEN MIXSON, | ) | Case No. 1:20-bk-12728-SDR |
| Debtor. | ) | Chapter 11 |

_____

**AGREED ORDER AMENDING**
**THE ORDER ENTERED AUGUST 13, 2021**
_____

By agreement of the parties and with the approval of the court, the court amends and supplements its order entered August 13, 2021 (ECF No. 100), as follows. All other terms of the August 13th order shall remain in effect:

1. Debtor shall have 21 days from the date on which the court enters its opinion on the motions for summary judgment in the adversary proceeding *First Volunteer Bank v. FMM Bushnell, LLC*, 1:20-ap-10151-SDR, in which to amend his plan based on the court's decision in the adversary proceeding or otherwise. If debtor files an amended plan, the court

will enter a new scheduling order setting deadlines for confirmation of the amended plan and final approval of the disclosure statement.

2. If debtor does not amend the plan, the last day to file and serve written acceptances/rejections of the plan as originally filed (ECF No. 98) and objections to final approval of the original disclosure statement (ECF No. 99) is continued from September 17, 2021, to October 22, 2021.

3. The deadline for counsel for the debtor to file a summary of the timely received ballots on the plan filed at ECF No. 98 is extended to October 29, 2021.

4. The hearing to consider final approval of the disclosure statement (if a written objection has been timely filed) and for hearing on confirmation of the plan (ECF No. 98) is continued from September 23, 2021, to November 4, 2021 at 11:00 a.m. in courtroom 3-B.

5. Additionally, the court, pursuant to 11 U.S.C. §§ 1121(e)(3) and 1129(e), hereby extends the time period for the debtor to obtain confirmation of the original plan until November 12, 2021.

# # #

APPROVED FOR ENTRY BY:

JOHNSON & MULROONY, P.C.

By: *s/ Elisabeth B. Donnovin*
 Elisabeth B. Donnovin, BPR # 018365
 428 McCallie Avenue
 Chattanooga, TN 37402
 423-266-2300
 423-266-6906 (fax)
 edonnovin@johnsonmulroony.com
 Counsel for First Volunteer Bank

and

EVANS HARRISON HACKETT PLLC

By: *s/ Everett L. Hixson, Jr.*                (By EBD with permission)
    Everett L. Hixson, Jr., BPR # 12116
    Everett L. Hixson III, BPR # 03345
    835 Georgia Avenue, Suite 800
    Chattanooga, TN 37402
    423-693-2207
    423-648-7897 (fax)
    bhixson@ehhlaw.com
    rhixson@ehhlaw.com
        Counsel for FMM Bushnell, LLC

and

PAUL A. RANDOLPH
Acting United States Trustee, Region 8

By: *s/ David Holesinger*                (By EBD with permission)
    David Holesinger, BRP # 030189
    31 E. 11th Street, 4th Floor
    Chattanooga, TN 37402
    (423) 752-5153
    david.holesinger@usdoj.gov
        Counsel for the United States Trustee

and

SCARBOROUGH & FULTON

By: *s/ David J. Fulton*                (By EBD with permission)
    David J. Fulton, BPR # 6102
    701 Market Street, Suite 1000
    Chattanooga, TN 37402
    (423) 648-1880
    (423) 648-1881 (fax)
    djf@sfglegal.com
        Counsel for Debtor