

**SO ORDERED.**
**SIGNED this 8th day of November, 2021**

*Shelley D. Rucker*
Shelley D. Rucker
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF TENNESSEE
### SOUTHERN DIVISION

| | |
|---|---|
| IN RE:<br><br>MICHAEL ALLEN MIXSON<br><br>Debtor. | Case No. 1:20-bk-12728-SDR<br>Chapter 11 |

### AGREED ORDER RESOLVING QUICKEN LOANS, LLC'S
### OBJECTION TO CONFIRMATION

This matter is before the Court on the Objection to Confirmation of the Debtor's Amended Chapter 11 Plan filed by Quicken Loans, LLC ("Quicken"). *See* [Doc. 160] (the "Objection"). In the Objection, Quicken argues that the Debtor, in his Amended Chapter 11 Plan [Doc. 159] (the "Plan"), is attempting to impermissibly modify its claim, which is secured only by the Debtor's principal residence. *See* [Doc. 160].

As evidenced by the signatures of counsel below, the Parties have come to an agreement on all matters raised in the Objection. Section 3.4 of the Plan, which describes the treatment of Class 4, which is Quicken's claim, is hereby deleted in its entirety and replaced with the

1

following, which shall supersede any contrary terms should the Debtor filed any further amended plans:

    **3.4 Class 4-Quicken Loans.** Quicken Loans ("Quicken") (Class 4) shall be paid its Allowed Secured Claim of $283,612.37, more or less, secured by a first lien on Debtor's residence located at 6903 Jesse Conner Road, Chattanooga, TN 37421. Creditor's Allowed Secured Claim shall be paid per the contract terms until the Allowed Secured Claim is paid in full. This Creditor is not impaired, and no terms of its claim are modified in any way.

# # #

**PREPARED BY AND CONSENTED TO:**

*/s/ Bret J. Chaness*
BRET J. CHANESS (BPR # 31643)
**RUBIN LUBLIN TN, PLLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, Georgia 30071
(678) 281-2730 (Telephone)
(470) 508-9203 (Facsimile)
bchaness@rlselaw.com
*Attorney for Quicken Loans, LLC*

**CONSENTED TO:**

SCARBOROUGH & FULTON

By: */s/ David J. Fulton (by BJC w/ permission)*
David J. Fulton, BPR #6102
620 Lindsay Street, Suite 240
Chattanooga, Tennessee 37403
(423) 648-1880/ (423) 648-1881 (facsimile)
E-mail: DJF@sfglegal.com
*Attorneys for Debtor*